# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TARA COOPER *On behalf of the estate of Tricia Cooper* v. CORRECT CARE SOLUTIONS, et al. | CIVIL ACTION NO. 18-4358 |
|---|---|

# **O R D E R**

**AND NOW**, this 15th day of March, 2019, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that this case shall be transferred to the Middle District of Pennsylvania for all purposes. The Clerk shall forward the pleadings and briefs in this case to the Clerk of Middle District and shall close the case in this district.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-4358 Cooper v Correct Care\18cv4358 order 03152019.docx